1  MCGREGOR W. SCOTT
   UNITED STATES ATTORNEY
2
3  ZAVEN T. SAROYAN
   SPECIAL ASSISTANT UNITED STATES ATTORNEY
4  Office of the Staff Judge Advocate
   95 ABW/JA
5  1 South Rosamond Boulevard
   Edwards AFB, California 93524
6  Phone: (661) 277-4316 / Fax: (661) 277-2887

FILED
MAY 10 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | STIPULATION FOR DOCKETING OF HEARING; ORDER THEREON |
|---|---|
| Plaintiff, | |
| v. | CASE NO. 5:07-CR-00001 TAG |
| MICHAEL L. ROGERS | MAGISTRATE JUDGE THERESA A. GOLDNER |
| Defendant. | |

Zaven T. Saroyan, prosecutor for the Government in the matter of *U.S. v Rogers*, and Ms. Cynthia White, Esq., acting on behalf of Michael L. Rogers, the defendant in this matter, move this honorable Court to continue the present matter until November 15, 2007. This matter was originally scheduled for May 10, 2007. However, the parties in this matter have come to an agreement and, accordingly, concur that the matter should be continued to the above noted date in the interest of justice. Defense agreed to waive speedy trial timing from April 12, 2007 until November 15, 2007. /s/ MR

Respectfully,

_____                _____
Zaven T. Saroyan                     Ms. Cynthia White, Esq.

9 May 2007                           5-10-07
Date                                 Date

## ORDER

IT IS HEREBY ORDERED that the matter of US v. Rogers, 5:07-CR-00001 TAG, be continued until November 15, 2007. Time is excluded from 4/12/2007 to and including 11/15/2007.

DATED this 10th day of May, 2007.

*Theresa A. Goldner*

THERESA A. GOLDNER
UNITED STATES MAGISTRATE JUDGE