```
 1  LAW OFFICES OF DAVID M. WALLIN
    David M. Wallin, Esq., SBN 128444
 2  41319 12th Street West, Suite 101
    Palmdale, California 93551
 3  Telephone 661.267.1313 – Facsimile 661.267.1346
 4
    Attorney for Defendant:
 5  ROGERS, MICHAEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) CASE NO. 5: 07-CR-00001TAG |
|---|---|
| Plaintiff, | ) STATEMENT TO EXCLUDE TIME |
| vs. | ) |
| ROGERS, MICHAEL | ) |
| Defendant. | ) |

The undersigned, David M. Wallin Esq., hereby acknowledges that Michael Rogers will exclude time in regards to a speedy trial from September 18 through November 6, 2008.

Respectfully submitted,
LAW OFFICES OF DAVID M. WALLIN

Dated: 10-8-08

David M. Wallin, Esq.

---

IT IS SO ORDERED.

Dated: October 10, 2008

THERESA A. GOLDNER
U.S. MAGISTRATE JUDGE